IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LYLE WRIGHT,                                    )    No. C 13-4055 JSW (PR)
                                                )
            Petitioner,                         )    **ORDER OF TRANSFER**
                                                )
    vs.                                         )
                                                )
M.E. SPEARMAN,                                  )
                                                )
            Respondent.                         )
                                                )

Petitioner is a state prisoner currently incarcerated in Soledad, California.  He has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging his conviction in Los Angeles County Superior Court.

A petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court of a state which contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d).  Vacaville and Sacramento both lie within the venue of the Central District of California. *See* 28 U.S.C. § 84.  Accordingly, this action is TRANSFERRED to the United States District Court for the Cemtral District of California.

The Clerk of the Court shall transfer this matter forthwith.

IT IS SO ORDERED.

DATED: October 3, 2013

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LYLE WRIGHT,

          Plaintiff,

   v.

M E SPEARMAN et al,

          Defendant.

Case Number: CV13-04055 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 3, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lyle Wright
E79660
P.O. Box 689
Soledad, CA 93960

Dated: October 3, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2